UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KENDY JEROME (A 045 863 744) | CIVIL ACTION NO. 6:11cv-0677 "P" |
| VERSUS | JUDGE MELANÇON |
| WARREN VIATOR; PHILLIP T. MILLER; JOHN MORTON; JANET NAPOLITANO; ERIC HOLDER | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

**ORDERED** that the government's motion to dismiss (Rec. Doc. 10) is **GRANTED**, and the petitioner's petition for writ of *habeas corpus* is **DISMISSED WITHOUT PREJUDICE** as moot.

Thus done and signed in Lafayette, Louisiana, this 18th day of August, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE